U.S. Western District Court

UNdrio Cheffin

-v-

Lincoln Parish Sheriff
Police Jury

RECEIVED
JUL 26 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Filed 07/26/19

Clerk

3:19-cv-0992  SEC P

Civil Suit 42 U.S.C § 1983

Complaint

Violation of La. Constitution art V § 16(A)

On June 18, 2019 plaintiff avers being involve in a accident, him and seven other prisoners in a parish vehicle of Lincoln parish Driven by St. Odom. Coming from court in route back to L.P.D.C plaintiff claims St. Odom put his vehicle in reverse backing into a state vehicle. Therefore officer Odom driven off away from the scene of the accident without calling any assitant of a state patrol, or to make a report of the accident. After plaintiff arrived back at L.P.D.C plaintiff and several inmates made reports and complaint to Warden Pam Torbor, warden pam Torbor fail to file or make a Medical report to Medical, for inmates.

Therefore Warden pam Torbor fail to have inmates evaluate or taken to hospital for X-Ray.
Plaintiff now suffer from neck and back pain.
Plaintiff brings this civil suit in arise from negligence, medical indifference and inadequate medical care which he are entitle to.
Plaintiff avers the police Jury and Sheriff are over insurance policy who are liable for his injuries and compensation.
Plaintiff ask the court to award him for relief of compensatory damage for injuries of $150,000.00 dollars

## Defendant

No 1. <u>Defendant</u> Police Jury whoms employeed at Sheriff department at P.O. Box 2070 Ruston, La 71273 and are liable for pain and negligence as of insurance policy holder.

No 2. <u>Defendant</u> Sheriff Mike Stone whom's employeed as Sheriff at P.O. Box 2070 Ruston, La 71273 and are liable for neck and back pain as part of head of insurance policy.

No 3. <u>Defendant</u> Pam Torbor Assit Warden at L.P.D.C P.O. Box 2028 Ruston, La 71273 who are liable for Not filing the complaint or reporting it to Superior as well, and failue to plaintiff evaluated and seen by medical staff, which contute Negligence and Medical indifferace,
Plaintiff are entitle to Medical